**E-FILED**
Tuesday, 14 August, 2007  09:44:48 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  07-3101 |
| WHITE CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, White Construction, Inc., and Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, White Construction, Inc., as follows:

A.    Judgment is entered in favor of the Plaintiffs and against the Defendant for liquidated damages and report form shortages due and owing

3:07-cv-03101-JES-CHE   # 8   Page 2 of 2

in the amount of $20,476.64;

    B.    Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $2,681.89, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); and

    C.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   August 13, 2007.

       FOR THE COURT:

s/ Jeanne E. Scott

JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

2