IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-3101 |
| WHITE CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

OPINION AND ORDER

This cause coming on to be heard upon Plaintiffs' Release (Satisfaction) of Judgment (d/e 10), the Court has been advised in the premises, finds as follows:

1.   That the default judgment entered against Defendant in favor of Plaintiffs is hereby released.

IT IS THEREFORE SO ORDERED.

ENTER: ____December 20____, 2007.

FOR THE COURT:

_____s/Jeanne E. Scott_____
JEANNE E. SCOTT
UNITED STATE DISTRICT JUDGE